# UNITED STATES of America, Plaintiff–Appellee,

v.

# Fernando MENDOZA, Defendant– Appellant.

## No. 14–10942
## Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 3, 2014.

Arthur Lee Bentley, III, Christopher Francis Murray, Yvette Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Craig L. Crawford, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Alec Fitzgerald Hall, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Craig L. Crawford, appointed counsel for Fernando Mendoza in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mendoza's conviction and sentence are **AFFIRMED**.